IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LUIS E. CRUZ, ) | |
| ) | Case No. 4:06-CV-00001 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOWN OF SOUTH BOSTON, ) | |
| VIRGINIA, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before this Court is the *Defendant's Motion to Dismiss* [7]. For the reasons stated in the accompanying *Memorandum Opinion*, the Defendants' *Motion* is hereby **granted**, but the Plaintiff will be given thirty days (30) from the date of this *Order* to amend his *Complaint* to state a claim for which relief can be granted.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and parties in this case.

Entered this 6th day of April, 2006.

s/Jackson L. Kiser
Senior United States District Judge