IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LUIS E. CRUZ, ) | |
| ) | Case No. 4:06-CV-00001 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOWN OF SOUTH BOSTON, ) | |
| VIRGINIA, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |
| ) | |
| ) | |

Before this Court is the Defendant's *Motion to Dismiss Amended Complaint* [19] filed on May 24, 2006. For the reasons stated in the accompanying *Memorandum Opinion*, the Defendants' *Motion* is hereby **denied.**

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and parties in this case.

Entered this 31st day of July, 2006.

s/Jackson L. Kiser
Senior United States District Judge

-1-