IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| LUIS E. CRUZ, | ) | Case No. 4:06CV00001 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| TOWN OF SOUTH BOSTON, VA LANDFILL OPERATIONS, | ) | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | ) | |

Before me now is the Defendant's Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, the Defendant's Motion is **GRANTED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter from the Court's docket.

Entered this 19th day of December, 2006.

s/Jackson L. Kiser
Senior United States District Judge